IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMERON SMITH,<br>    **Plaintiff** | :    No. 1:22cv744<br>:<br>:    (Judge Munley) |
| v. | : |
| SYNCREON.US, INC.,<br>    **Defendant** | : |

**ORDER**

**AND NOW**, this 18th day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant syncreon.US, Inc.'s motion for summary judgment (Doc. 31) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court